# Harold Zoref LLP

Harold Zoref LLP
733 Third Avenue - 21st Floor
New York, NY 10017
Phone: 212-953-5550     FAX: 212-953-3180

**FILE COPY**

|  |  |
|---|---|
| **Invoice Date:** | August 1, 2007 |
| **Invoice Number:** | 00111698 |
| **Client Number:** | 4198 001 |

Steve Lau & Amy Hertz
461 Hoffman Avenue
San Francisco, CA 94114

| | | |
|---|---|---|
| Preparation of 2006 Individual Tax Returns including multiple states, discussions regarding capital gain on sale of NY apartment, employment issues including deferred compensation plan, year end planning and extension calculations. | $ | 4,890.00 |
| **Total Invoice Amount** | $ | 4,890.00 |

HZ 0267

Harold Zoref LLP – Standard Bill Request / Cr. Memo / Retainer adjustment

                                    Request Date:  8/1/2007
**Client Name:** STEVE LAU & AMY HERTZ      Request Originator: LAD
**Client Account Number:** 4198-001     Final Approval Date:

1 of 1

**Personal Return**      Tax return year(s)    2006

|  | Current Yr | Prior Yr | Explanation |
|---|---|---|---|
| Time (with review) | 10.00 | | INITIAL YEAR |
| Bill | h )8/1/7 | | |
| Courtesy/Credits | | | |
| Gross Income | 508000 | | |
| Schedules | A,B,C,D,E,2106 | | |
| States | CA, NY | | |

Other / Retainer adjustment

**Accountant/Client Comments**

**Billing Description** PREPARATION OF 2006 INDIVIDUAL TAX RETURNS INCLUDING MULTIPLE STATES, DISCUSSIONS REGARDING CAPITAL GAIN ON SALE OF NY APARTMENT, EMPLOYMENT ISSUES INCLUDING DEFERRED COMPENSATION PLAN, YEAR END TAX PLANNING AND EXTENSION CALCULATIONS.

**Entity**
**Entity Name** SAL **Account number:** 4198-P01  **Tax return year(s)**  2006

|  | Current Yr | Prior Yr | Explanation |
|---|---|---|---|
| Time (with review) | 2.75 | | INITIAL RETURN |
| Bill | h 8/1/07 | | |
| Courtesy/Credits | | | |
| Gross Revenue | 1000 | | 23,000 LOSS. |
| Schedules | | | |
| States | NY | | |

Other / Retainer adjustment

**Accountant/Client Comments**

**Billing Description** PREPARATION OF 2006 PARTNERSHIP TAX RETURNS

HZ 0268

## Harold Zoref LLP

Harold Zoref LLP
733 Third Avenue - 21st Floor
New York, NY 10017
Phone: 212-953-5550     FAX: 212-953-3180

**FILE COPY**

|  |  |  |
|---|---|---|
| | **Invoice Date:** | April 2, 2008 |
| | **Invoice Number:** | 00112615 |
| Steve Lau & Amy Hertz | **Client Number:** | 4198 001 |
| 151 States Street | | |
| San Francisco, CA 94114 | | |

| | |
|---|---:|
| Preparation of 2007 Individual Tax Returns including multiple states and year end projections and discussions regarding sale of residence | $ 5,760.00 |
| Financial Planning - Steve | 785.00 |
| Financial Planning - Amy | 650.00 |
| **Total Invoice Amount** | $ 7,195.00 |

HZ 0099

Harold Zoref LLP – Standard Bill Request / Cr. Memo / Retainer adjustment

Request Date: 4/2/2008
**Client Name:** STEVE LAU & AMY HERTZ  Request Originator: LAD
**Client Account Number:** 4198-001  Final Approval Date:

1 of 1

### Personal Return    Tax return year(s)

|  | Current Yr | Prior Yr | Explanation |
| --- | --- | --- | --- |
| **Time** (with review) | 11.75 | 10.00 | INCLUDES HZ 3 HOURS |
| **Bill** | 2/8 | 4890 |  |
| **Courtesy/Credits** |  |  |  |
| **Gross Income** |  |  |  |
| **Schedules** |  |  |  |
| **States** | CA, NY | CA, NY |  |

**Other / Retainer adjustment**

**Accountant/Client Comments**

**Billing Description** Financial Planning Steve 785
Finacial Planning  Amy 650
PREPARATION OF 2007 INDIVIDUAL TAX RETURNS INCLUDING MULTIPLE STATES, YEAR END PROJECTIONS, AND DISCUSSIONS REGARDING CAPITAL GAINS TAX REGARDING SALE OF RESIDENCE AND OTHER FINANCIAL PLANNING MATTERS 5760

### Entity
**Entity Name** AMY HERTZ ASSOCIATES LLC **Account number:** 4198 LLC01
**Tax return year(s)** 2007

|  | Current Yr | Prior Yr | Explanation |
| --- | --- | --- | --- |
| **Time** (with review) | 3.50 |  | INITIAL YEAR |
| **Bill** | 2/8 |  |  |
| **Courtesy/Credits** |  |  |  |
| **Gross Revenue** |  |  |  |
| **Schedules** |  |  |  |
| **States** |  |  |  |

**Other / Retainer adjustment**

**Accountant/Client Comments**

HZ 0100

Harold Zoref LLP – Standard Bill Request / Cr. Memo / Retainer adjustment

**Billing Description** PREPATION OF 2007 PARTNERSHIP TAX RETURNS

HZ 0101

Harold Zoref LLP – Standard Bill Request / Cr. Memo / Retainer adjustment

**Billing Description** PREPATION OF 2007 PARTNERSHIP TAX RETURNS

# Harold Zoref LLP

Harold Zoref LLP
733 Third Avenue - 21st Floor
New York, NY 10017
Phone: 212-953-5550  FAX: 212-953-3180

**FILE COPY**

|  |  |  |
|---|---|---|
| | **Invoice Date:** | March 19, 2009 |
| | **Invoice Number:** | 00113662 |
| Steve Lau | | |
| 151 States Street | **Client Number:** | 4198 001 |
| San Francisco, CA 94114 | | |

| | | |
|---|---|---|
| Preparation of 2008 Individual Tax Returns including year end projection and analysis of capital gain on sale of residence | $ | 1,990.00 |
| **Total Invoice Amount** | $ | 1,990.00 |

HZ 0624

Harold Zoref LLP – Standard Bill Request / Cr. Memo / Retainer adjustment

**Client Name:** STEVE LAU
**Client Account Number:** 4198-001

Request Date: 3/19/2009
Request Originator: LAD
Final Approval Date:

1 of 1

**Personal Return**   Tax return year(s)   2008

|  | Current Yr | Prior Yr | Explanation |
|---|---|---|---|
| **Time** (with review) | 5.00 | | FILED PRIOR YEAR WITH Amy Hertz - joint return was $7195 including $1,500 financial planning |
| **Bill** | hz(1990)3/18/9 | | |
| **Courtesy/Credits** | | | |
| **Gross Income** | 144,000 | | includes 86,000 cap gain from sale of home |
| **Schedules** | | | |
| **States** | | | |

**Other / Retainer adjustment**

**Accountant/Client Comments**

**Billing Description** Preparation of 2008 personal tax returns including analysis of capital gain on sale of home.

**Entity**
**Entity Name** steve lau pc **Account number:** 4198-s01   **Tax return year(s)**

|  | Current Yr | Prior Yr | Explanation |
|---|---|---|---|
| **Time** (with review) | 2.75 | 3.75 | minimal transactions |
| **Bill** | hz(1,390)3/19/9 | 1880 | |
| **Courtesy/Credits** | | | |
| **Gross Revenue** | | | |
| **Schedules** | | | |
| **States** | | | |

**Other / Retainer adjustment**

**Accountant/Client Comments**

HZ 0625

Harold Zoref LLP – Standard Bill Request / Cr. Memo / Retainer adjustment

**Billing Description** preparation of 2008 corporate tax returns

HZ 0626

Harold Zoref LLP – Standard Bill Request / Cr. Memo / Retainer adjustment

**Billing Description** preparation of 2008 corporate tax returns