USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
STEVE LAU,
        Plaintiff,

-against-

LEONARD MEZEI, HAROLD ZOREF,
NORTHERN FUNDING, L.L.C., and
NORTHERN HEALTHCARE FUNDING,
L.L.C.,
        Defendants.
-----------------------------------------------------------x

10 CV 4838 (KMW)
ORDER

KIMBA M. WOOD, U.S.D.J.:

The Court, having been advised that the parties have reached an agreement to settle this case, hereby orders that the action is dismissed and discontinued without costs, and without prejudice to the right to reopen the action within sixty (60) days if the settlement is not consummated. The Clerk of Court is directed to close this case. Any pending motions are moot.

SO ORDERED.

Dated: New York, New York
      October _1_, 2012

                                    Kimba M. Wood
                              United States District Judge