USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
STEVE LAU,

          Plaintiff,

     -against-

LEONARD MEZEI, HAROLD ZOREF,
NORTHERN FUNDING, L.L.C., and
NORTHERN HEALTHCARE FUNDING,
L.L.C.,

          Defendants.

-----------------------------------------------------------x

10 CV 4838 (KMW)
ORDER

KIMBA M. WOOD, U.S.D.J.:

The Court, at Defendants Mezei, Northern Funding, and Northern Healthcare Funding's request, authorizes a briefing schedule for Defendants' application for sanctions pursuant to the Privates Securities Litigation Reform Act, 15 U.S.C. § 77z-1(c). The Court sets the following briefing schedule:

| | |
|---|---|
| Defendants' Opening Papers: | 10/31/12 |
| Plaintiff's Opposition Papers: | 11/14/12 |
| Defendants' Reply Papers: | 11/21/12 |

SO ORDERED.

Dated: New York, New York
       October 16, 2012

_____
Kimba M. Wood
United States District Judge